# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
May 13, 2021

Lyle W. Cayce
Clerk

No. 19-60829
Summary Calendar

ANTHONY DUANE MILLS,

*Plaintiff—Appellant*,

*versus*

ADAMS COUNTY MISSISSIPPI; TRAVIS PATTEN,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:18-CV-24

Before WIENER, SOUTHWICK, and DUNCAN, *Circuit Judges*.

PER CURIAM:*

Anthony Duane Mills, then a pretrial inmate detained at the county jail in Adams County, Mississippi, filed a 42 U.S.C. § 1983 lawsuit against Sheriff Travis Patten and Adams County. Mills's claims were considered on the merits and dismissed with prejudice by the district court.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 19-60829

"This Court must examine the basis of its jurisdiction, on its own motion, if necessary." *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). An untimely notice of appeal in a civil case deprives this court of jurisdiction. *Bowles v. Russell*, 551 U.S. 205, 213-14 (2007). Because Mills, who was not incarcerated when his complaint was dismissed, did not file a timely notice of appeal from the district court's judgment, we lack jurisdiction over the instant appeal. *See Bowles*, 551 U.S. at 213-14; *United States v. Clark*, 193 F.3d 845, 846 n.3 (5th Cir. 1999); FED. R. APP. P. 4(a)(1)(A).

Accordingly, the appeal is DISMISSED for lack of jurisdiction. Mills's motion requesting judicial review, his motion for the appointment of counsel, and any other outstanding motions are DENIED.